IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00402-ZLW-BNB

DANIEL E. CAMERON,

Plaintiff,

v.

SECRETARY OF THE ARMY,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Amend Complaint** [docket no. 12, filed April 12, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the amended verified complaint for filing.


DATED: May 3, 2010