IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00402-KLM-BNB

DANIEL E. CAMERON,

    Plaintiff,

v.

SECRETARY OF THE ARMY,

    Defendant.

---

### AMENDED ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on June 14, 2010, by Judge Zita L. Weinshienk and was assigned to Magistrate Judge Kristen L. Mix on June 14, 2010. Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed. R. Civ. P. 72(a) & (b),

    IT IS HEREBY **ORDERED** that Magistrate Judge Boyd N. Boland is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

    IT IS FURTHER **ORDERED** that the Order of Reference to United States Magistrate Judge, entered by Judge Zita L. Weinshienk on March 8, 2010 [Docket No. 2], is **vacated**.

    IT IS FURTHER **ORDERED** that a Final Pretrial Conference will be held by Magistrate Judge Kristen L. Mix on **January 4, 2011 at 10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The parties shall submit their proposed Final Pretrial Order to Magistrate Judge Mix **five (5) business days** prior to the Final Pretrial Conference date. All other deadlines and hearings set by the Scheduling Order shall remain in effect, unless reset by further Order of the Court.

Dated: June 15, 2010

                                      BY THE COURT:

                                      s/ Kristen L. Mix
                                      KRISTEN L. MIX
                                      United States Magistrate Judge